**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 637 MAL 2014
                                        :
               Respondent        : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
                                        :
                    v.                      :
                                        :
                                        :
MICHAEL O'DONNEL MCKINNEY,    :
                                        :
               Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.